UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:12-cr-255T23 EAJ

JAMES FREEMAN   18 U.S.C. § 922(g)(1)
                18 U.S.C. § 924(d)(1)-Forfeiture
                28 U.S.C. § 2461(c)-Forfeiture

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about November 23, 2010, in Hillsborough County, in the Middle District of Florida,

JAMES FREEMAN,

the defendant herein, then being a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

> **Grand Theft of a Motor Vehicle**, in the Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case Number 95-CF-13508, on or about October 25, 2004;
>
> **Possession of Burglary Tools**, in the Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case Number 95-CF-13508, on or about October 25, 2004;
>
> **Burglary of a Conveyance**, in the Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case Number 95-CF-13508, on or about October 25, 2004;

      **Possession of Burglary Tools**, in the Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case Number 95-CF-13508, on or about October 25, 2004;

      **Fleeing to Elude High Speed**, in the Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case Number 95-CF-13508, on or about October 25, 2004;

      **Possession of Cocaine**, in the Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case Number 98-CF-14027, on or about October 25, 2004;

      **Possession of Cocaine**, in the Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case Number 98-CF-18958, on or about October 25, 2004; and

      **Tampering with Physical Evidence**, in the Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case Number 01-CF-11533, on or about October 25, 2004,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a Ruger, Mini 14 .223 caliber rifle.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURES

1.    The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.    From his engagement in the violation alleged in Count One of this Information, the defendant, JAMES FREEMAN, shall forfeit to the United States

of America, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in a knowing violation of Title 18, United States Code, Section 922(g)(1), including but not limited to the following: a Ruger, Mini 14 .223 caliber rifle.

3.  If any of the property described above, as a result of any act or omission of the defendant:

>   a.  cannot be located upon the exercise of due diligence;
>   b.  has been transferred or sold to, or deposited with, a third party;
>   c.  has been placed beyond the jurisdiction of the Court;
>   d.  has been substantially diminished in value; or
>   e.  has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 21, United States Code, Section 853(p), and as incorporated by reference in Title 28, United States Code, Section 2461(c).

ROBERT E. O'NEILL
United States Attorney

By: _____
JOSEPH W. SWANSON
Assistant United States Attorney

By: _____
JAY L. HOFFER
Assistant United States Attorney
Chief, General Crimes Section